# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4868
_____

MATTHEW AARON BURCH,

    Appellant,

    v.

MICHELLE NICOLE BURCH,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

June 18, 2018

PER CURIAM.

Matthew Aaron Burch appeals an order dismissing his motion to modify the final judgment of dissolution as to the parents' respective time-sharing of the children.[1] Because the former husband did not show a substantial and unanticipated change of circumstances, the trial court properly denied

---

[1] The order of dismissal left pending the issue of modification of child support. An order subsequently entered denying modification of child support. The order dismissing the petition for modification of child custody is therefore a final, appealable order. *See* Fla. R. App. P. 9.110(l).

modification.  *See Korkmaz v. Korkmaz*, 200 So. 3d 263 (Fla. 1st DCA 2016).

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Clark H. Henderson of Oberliesen & Henderson, Fort Walton Beach, for Appellant.

Michael T. Webster, Shalimar, for Appellee.